Theodore B. Richter, of New York City, for respondents.

PER CURIAM. The order appealed from should be modified, by reducing the amount stated in the warrant of attachment to $1,500, and, as so modified, affirmed, without costs.

McLAUGHLIN and SCOTT, JJ., dissent, and vote to reverse the order appealed from, and to vacate the attachment, on the ground that it does not appear from the papers that the plaintiffs have a cause of action against the defendant.

---

STERN v. HERMANSKY. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by Joseph W. Stern against Bernard Hermansky. No opinion. Motion denied, with $10 costs. Order filed. See, also, 146 N. Y. Supp. 1113.

---

STOLLWERCK BROS., Inc., Appellant, v. CUPPY, Respondent. (Supreme Court, Appellate Division, First Department. April 3, 1914.) Action by Stollwerck Bros., Incorporated, against Hazlitt A. Cuppy. E. H. Wilson, of New York City, for appellant. F. M. Thompson, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

In re STUART. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) In the matter of the application of John Stuart to compel Louis Mathot, an attorney and counselor at law, to pay over certain moneys. No opinion. Order affirmed, with $10 costs and disbursements.

---

SWITKES, Respondent, v. THEODOR SAUER CO., Appellant. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Joseph Switkes against the Theodor Sauer Company. E. P. Mowton, of New York City, for appellant. C. Steckler, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

TASSINI v. VIANE. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by August Tassini, an infant, etc., against Paul Viane. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 146 N. Y. Supp. 1114.

---

TASSINI, Respondent, v. VIANE, Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Action by August Tassini against Paul Viane. J. I. Cuff, of New York City, for appellant. G. F. Hickey, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 146 N. Y. Supp. 1114.

---

TERPEZONE CO., Respondent, v. KNOX TERPEZONE CO. OF AMERICA et al., Appellants. (Supreme Court, Appellate Division, First Department. February 20, 1914.) Action by the Terpezone Company against the Knox Terpezone Company of America and others. L. H. Rogers, of New York City, for appellants. R. S. Fletcher, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendants to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed. See, also, 146 N. Y. Supp. 1114.

---

TERPEZONE CO. v. KNOX TERPEZONE CO. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by the Terpezone Company against the Knox Terpezone Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 146 N. Y. Supp. 1114.

---

TERRENCE, Respondent, v. AUTENRIETH, Appellant. (Supreme Court, Appellate Division, Second Department. March 27, 1914.) Action by Mary Terrence against Jacob Autenrieth, Jr. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 156 App. Div. 914, 915, 141 N. Y. Supp. 1148.

---

THOMPSON et al. v. ATKINSON. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by Morris S. Thompson and another against Elizabeth Atkinson. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

---

In re THORN. (Supreme Court, Appellate Division, First Department. March 13, 1914.) In the matter of Frank Thorn. No opinion. Proceeding opened, so as to refer to the official referee the additional charges specified in the supplemental petition. Settle order on notice. See, also, 158 App. Div. 927, 143 N. Y. Supp. 1146.

---

THOS. J. BUCKLEY ENGINEERING CO., Appellant, v. McCALL et al., Respondents. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by the Thos. J. Buckley Engineering Company against Edward E. McCall and others. W. B. Ellison, of New York City, for appellant. L. T. Harkness, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 83 Misc. Rep. 603, 145 N. Y. Supp. 525.

---

TIGER, Respondent, v. DE LAVAL SEPARATOR CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 3, 1914.) Action by Cornelius B. Tiger against the De Laval Separator Company. No opinion. Judgment and order unanimously affirmed, with costs.